**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

JAMIL ALGHADBAWI,              )
                                           )
                   Plaintiff,         )
                                           )
              vs.               )        1:10-cv-1330-TWP-DKL
                                           )
JANET NAPOLITANO, et al.,     )
                                           )
                  Defendants.   )

### Entry Discussing F.B.I. Defendant's Motion for Summary Judgment

As used in this Entry, the term "F.B.I. defendant" refers to Robert S. Mueller III, Director, Federal Bureau of Investigation.

The evidentiary record shows without dispute that all F.B.I. background checks have been conducted and their results forwarded to the appropriate agency. There is no further action the plaintiff seeks of the F.B.I. defendant in this case. The claim against him is moot. *Forbes v. Trigg*, 976 F.2d 308 (7th Cir. 1992), *cert. denied*, 113 S. Ct. 1362 (1993).

The claim which is moot is dismissed for lack of jurisdiction and the F.B.I. defendant's motion for summary judgment is granted to that extent.

*No partial final judgment shall issue at this time as to the claim(s) resolved in this Entry.*

**IT IS SO ORDERED.**

Date:   08/26/2011

Distribution attached.

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Gisela A. Westwater
U.S. DEPARTMENT OF JUSTICE
gisela.westwater@usdoj.gov

Jamil Alghadbawi
3722 Montauk Court
Indianapolis, IN 46214